UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BERNARD THORNTON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 4:12-CV-00479 SNLJ |
| MAINLINE COMMUNICATIONS, LLC, et al., | ) ) ) ) |
| Defendants. | ) ) |

## **JUDGMENT**

This matter comes before the Court for judgment on plaintiffs' overtime wage claims under the FLSA and MMWL set forth in counts I and III of the second amended complaint. In accordance with the memorandum and order granting plaintiffs' motion for partial summary judgment on the overtime wage claims and the memorandum and order granting plaintiffs' request for attorneys' fees and costs under the FLSA,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of plaintiffs Bernard Thornton, Lejuan Wiley, and Tyrone Cameron and against defendants Mainline Communications, LLC and Rodger Miller on the overtime wage claims set forth in counts I and III of the second amended complaint.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff Bernard Thornton is awarded damages pursuant to the FLSA in the amount of $9,580.94; plaintiff Lejuan Wiley is awarded damages pursuant to the FLSA in the amount of $33,209.34; and plaintiff Tyrone Cameron is awarded damages pursuant to the

FLSA in the amount of $7,340.70.  The total amount of damages awarded to plaintiffs on the FLSA claims is $50,130.98.  There is no award of damages on the MMWL claims as any such award would be duplicative of the award on the FLSA claims.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiffs Bernard Thornton, Lejuan Wiley, and Tyrone Cameron are awarded attorneys' fees in the amount of $59,649.40 and costs in the amount of $1,278.10 for a total of $60,927.50.

**IT IS FINALLY HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against defendants Mainline Communications, LLC and Rodger Miller, jointly and severally, in the amount of $111,058.48, which amount includes the FLSA damages awards, attorneys' fees, and costs.

Dated this 19th day of February, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE